UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RYAN T. DAY, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 2:09-cv-0082-WTL-JMS |
| ) | |
| SUPERINTENDENT, Putnamville ) | |
| Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/30/2009

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ryan Day
#982571
Putnamville Correctional Facility
1946 West US 40
Greencastle, IN 46135

david.arthur@atg.in.gov